UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0095

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
|---|---|
| v. | ) 18 U.S.C. § 922(g)(1)<br>) Possession of a Firearm by a |
| EDWARD GILL SIKES | ) Prohibited Person<br>)<br>) 18 U.S.C. § 922(o)<br>) Illegal Possession of a Machine<br>) Gun |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 20, 2019, in Liberty County, within the Southern District of Georgia, the defendant,

**EDWARD GILL SIKES,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a M16 Type, 5.56 x 45mm, AR variant, full-automatic rifle.

All in violation of Title 18, United States Code, Section 922(g)(1).



## COUNT TWO
*Illegal Possession of a Machine Gun*
18 U.S.C. § 922(o)

On or about August 20, 2019, in Liberty County, within the Southern District of Georgia, the defendant,

### EDWARD GILL SIKES,

did knowingly possess a machinegun, that is a M16 Type, 5.56 x 45mm, AR variant, full-automatic rifle.

All in violation of Title 18, United States Code, Section 922(o).

## COUNT THREE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

Up to and including on or about August 21, 2019, in Liberty County, within the Southern District of Georgia, the defendant,

### EDWARD GILL SIKES,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Bushmaster Model XM15-E2S AR-15 style full-automatic rifle, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

Up to and including on or about August 21, 2019, in Liberty County, within the Southern District of Georgia, the defendant,

**EDWARD GILL SIKES,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a M-16 type, 5.56 x 45mm, AR variant, full-automatic rifle.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE
*Illegal Possession of Machine Guns*
18 U.S.C. § 922(o)

Up to and including on or about August 21, 2019, in Liberty County, within the Southern District of Georgia, the defendant,

### EDWARD GILL SIKES,

did knowingly possess machineguns, that is, a Bushmaster Model XM15-E2S AR-15 style full-automatic rifle and a M-16 type, 5.56 x 45mm, AR variant, full-automatic rifle.

All in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of any Count this Indictment, the defendant, **EDWARD GILL SIKES,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense.

_____
David H. Estes
Acting United States Attorney


_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel

6