✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

EDWARD GILL SIKES

**EXHIBIT AND WITNESS LIST**

Case Number: 4:21-CR-095

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Benjamin W. Cheesbro | AUSA Marcela C. Mateo | Joseph B. Williams |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/2/2021 | N/A | Molly Davenport |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/2/2021 | yes | yes | Liberty County Sheriff's Office Body Camera Recording #1 from August 21, 2019 (DVD) |
| 2 | | 7/2/2021 | yes | yes | Photograph of Firearm |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages