**US v. Edward Gill Sikes**
**4:21-CR-95**

## Index of Discovery #4 Produced on July 29, 2021 Via USAfx

*Jail Calls*

Name

cdrdata.csv

notes.txt

P2_5244_8_20210705175132.wav

P2_5244_45_20210718102624.wav

P2_5244_52_20210724120349.wav

P2_5244_80_20210717141348.wav

P2_5244_117_20210626220101.wav

P2_5244_118_20210723210017.wav

P2_5244_137_20210714175311.wav

P2_5244_139_20210705173456.wav

P2_5244_143_20210701124110.wav

P3_5244_2_20210707141804.wav

P3_5244_11_20210630150642.wav

P3_5244_21_20210627190127.wav

P3_5244_26_20210626142128.wav

P3_5244_60_20210710213758.wav

P3_5244_61_20210706144750.wav

P3_5244_94_20210723201530.wav

P4_5244_16_20210715121530.wav

P4_5244_38_20210703151228.wav

P4_5244_51_20210629223627.wav

P4_5244_76_20210716160806.wav

P5_5244_5_20210711040854.wav

P5_5244_37_20210702221410.wav

P5_5244_44_20210726094742.wav

P5_5244_61_20210711091930.wav

P5_5244_71_20210717040813.wav

P5_5244_78_20210704102457.wav

P5_5244_84_20210720190941.wav

P5_5244_100_20210626211155.wav

P5_5244_132_20210725072126.wav

P6_5244_13_20210626212830.wav

P6_5244_37_20210707142936.wav

P7_5244_19_20210718212157.wav

P7_5244_35_20210718092640.wav

P7_5244_87_20210703152905.wav

P7_5244_87_20210719195428.wav

P7_5244_103_20210708094301.wav
P7_5244_106_20210719204414.wav
P8_5244_6_20210724111423.wav
P8_5244_18_20210723202640.wav
P8_5244_27_20210718004150.wav
P8_5244_43_20210628214812.wav
P8_5244_52_20210626151839.wav
P8_5244_89_20210721132740.wav
P8_5244_103_20210713200001.wav
P8_5244_105_20210718095401.wav
P9_5244_59_20210702212419.wav
P9_5244_62_20210626134655.wav
P9_5244_62_20210718093817.wav
P9_5244_81_20210711090235.wav
P9_5244_89_20210719201054.wav
P9_5244_99_20210720192750.wav
P9_5244_111_20210724114710.wav
P9_5244_138_20210718101004.wav
P10_5244_6_20210717143058.wav
P10_5244_60_20210721141813.wav
P10_5244_71_20210705171712.wav
P10_5244_73_20210629225141.wav
P10_5244_89_20210629230812.wav
P10_5244_99_20210710015215.wav
P10_5244_129_20210702214053.wav
P10_5244_131_20210720200009.wav
P11_5244_12_20210722093450.wav
P11_5244_17_20210717144657.wav
P11_5244_49_20210721140141.wav
P11_5244_83_20210626214357.wav
P11_5244_92_20210713034633.wav
P11_5244_97_20210701125708.wav
P11_5244_103_20210708013144.wav
P11_5244_103_20210715194727.wav
P11_5244_112_20210710210426.wav
P11_5244_131_20210721133254.wav
P12_5244_20_20210721143444.wav
P12_5244_30_20210713031347.wav
P12_5244_50_20210711084702.wav
P12_5244_52_20210715124645.wav
P12_5244_58_20210717031837.wav
P12_5244_71_20210719202735.wav
P12_5244_89_20210724105750.wav
P12_5244_123_20210627194951.wav

P12_5244_130_20210725075406.wav
P13_5244_2_20210721134549.wav
P13_5244_6_20210724104116.wav
P13_5244_28_20210626133242.wav
P13_5244_36_20210701122450.wav
P13_5244_37_20210717033617.wav
P13_5244_47_20210710020831.wav
P13_5244_66_20210710215843.wav
P13_5244_77_20210716170616.wav
P13_5244_131_20210722095053.wav
P13_5244_150_20210628154028.wav
P14_5244_15_20210628213201.wav
P14_5244_26_20210711083019.wav
P14_5244_53_20210707140657.wav
P14_5244_59_20210725073753.wav
P14_5244_66_20210626153503.wav
P14_5244_67_20210713040308.wav
P14_5244_89_20210710204815.wav
P14_5244_89_20210710212125.wav
P14_5244_110_20210626144531.wav
P14_5244_113_20210705121906.wav
P14_5244_115_20210710022507.wav
P14_5244_132_20210627193352.wav
P14_5244_141_20210723211811.wav
P14_5244_144_20210713033005.wav
P15_5244_4_20210722104554.wav
P15_5244_22_20210627191750.wav
P15_5244_36_20210715123104.wav
P15_5244_39_20210722101308.wav
P15_5244_42_20210714171912.wav
P15_5244_48_20210713110843.wav
P15_5244_51_20210626150223.wav
P15_5244_52_20210723204407.wav
P15_5244_65_20210717150316.wav
P15_5244_78_20210722102926.wav
P15_5244_87_20210708201959.wav
P15_5244_116_20210711162554.wav
P15_5244_129_20210708090050.wav
P17_5244_3_20210627202144.wav
P17_5244_32_20210704100807.wav
P17_5244_43_20210720194356.wav
P17_5244_51_20210707144550.wav
P17_5244_73_20210626205614.wav
P17_5244_80_20210717035227.wav

P17_5244_118_20210722100709.wav
P17_5244_120_20210705165947.wav
P17_5244_140_20210714173622.wav
P17_5244_149_20210724113039.wav
P18_5244_6_20210701120840.wav
P18_5244_26_20210703154505.wav
P18_5244_26_20210726085504.wav
P18_5244_65_20210713120543.wav
P18_5244_82_20210707150228.wav
P18_5244_129_20210702215729.wav
P19_5244_10_20210708010316.wav
P19_5244_62_20210713201647.wav
P19_5244_133_20210715130340.wav
P21_5244_16_20210713031057.wav
P21_5244_19_20210630223306.wav
P21_5244_44_20210626140355.wav
P21_5244_78_20210704104306.wav
P21_5244_108_20210708091903.wav
P21_5244_134_20210627200623.wav
P21_5244_138_20210710013626.wav