✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| EDWARD GILL SIKES | Case Number: 4:21-CR-095 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Lisa Godbey Wood | AUSA Marcela C. Mateo | Thomas A. Withers |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 02/28/2022 | Debbie Gilbert | Whitney Sharp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/28/2022 | YES | YES | Disc containing Jail Call (P3_5244_26_20210626142128) |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages